```
 1 | BENJAMIN B. WAGNER
   | Acting United States Attorney
 2 | MARK E. CULLERS
   | Assistant U.S. Attorney
 3 | 4401 Federal Building
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000
 5 |
 6 |
 7 |
 8 |
```





SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:10 CR 00206 OWW

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) EX PARTE MOTION TO SEAL |
| | ) INDICTMENT PURSUANT |
| v. | ) TO RULE 6(e), FEDERAL |
| | ) FEDERAL RULES OF |
| KWAN YONG CHOI, | ) CRIMINAL PROCEDURE |
| Defendant. | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 27, 2010, charging the above defendant with a violation of Title 18, United States Code, Section 1956 and 2- Money Laundering and Aiding and Abetting and Title 18, United States Code, Section 1957 be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

1

1 | or any warrant issued pursuant thereto, except when necessary for
2 | the issuance and execution of the warrant.
3 | DATED: May 25, 2010                    Respectfully submitted,
4 |                                        BENJAMIN B. WAGNER
  |                                        United States Attorney
5 |
  |                                        By /s/
6 |                                          MARK E. CULLERS
  |                                          Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 27 day of May, 2010
9 |
10|                                        _____
  |                                        U.S. Magistrate Judge