```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6           IN THE UNITED STATES DISTRICT COURT FOR THE
 7                  EASTERN DISTRICT OF CALIFORNIA
 8
 9
                                    )   CASE NO. 1:10-cr-00206 OWW
10  UNITED STATES,                  )
                                    )
11           Plaintiff,             )
                                    )   MOTION AND ORDER TO UNSEAL
12       v.                         )   INDICTMENT
                                    )
13  KWAN YONG CHOI,                 )
                                    )
14           Defendant.             )
    _____ _ _)
15
16       The United States of America hereby applies to this Court
17  for an order pursuant to Rule 6(e) of the Federal Rules of
18  Criminal Procedure.  There no longer exists any reason to keep
19  the indictment under seal.
20       Based on the foregoing, the United States respectfully
21  requests that the indictment be unsealed and made public record.
22
23                                     Respectfully submitted,
24  Dated: May 12, 2011                BENJAMIN B. WAGNER
                                       United States Attorney
25
26                                     By /s/ Mark E. Cullers
                                       MARK E. CULLERS
27                                     Assistant U.S. Attorney
28
```

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5

 6

 7

 8             IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11
                                    )    CASE NO. 1:10-cr-00206 OWW
12  UNITED STATES,                  )
                                    )
13            Plaintiff,            )
                                    )    ORDER TO UNSEAL
14       v.                         )    INDICTMENT
                                    )
15  KWAN YONG CHOI,                 )
                                    )
16            Defendant.            )
    _____ )
17

18

19       This Indictment was sealed by Order of this Court pursuant

20  to Rule 6(e) of the Federal Rules of Criminal Procedure.

21       IT IS HEREBY ORDERED that the case be unsealed and be made

22  public record.

23

24  DATED: May 13, 2011         /s/ OLIVER W. WANGER
                                United States District Judge
25

26

27

28
```