```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6           IN THE UNITED STATES DISTRICT COURT FOR THE
 7                  EASTERN DISTRICT OF CALIFORNIA
 8
 9
                                    )   CASE NO. 1:10-cr-00206 OWW
10  UNITED STATES,                  )
                                    )
11          Plaintiff,              )
                                    )   MOTION AND ORDER TO UNSEAL
12      v.                          )   ARREST WARRANT
                                    )
13  KWAN YONG CHOI,                 )
                                    )
14          Defendant.              )
15  _____)

16       The United States of America hereby applies to this Court
17  for an order pursuant to Rule 6(e) of the Federal Rules of
18  Criminal Procedure.  There no longer exists any reason to keep
19  the Arrest Warrant under seal.
20       Based on the foregoing, the United States respectfully
21  requests that the Arrest Warrant be unsealed and made public
22  record.
23
24  Dated: May 27 , 2011              BENJAMIN B. WAGNER
                                       United States Attorney
25
26                                     By /s/ Mark E. Cullers
                                       MARK E. CULLERS
27                                     Assistant U.S. Attorney
28
```

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK E. CULLERS
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11
                                    )    CASE NO. 1:10-cr-00206 OWW
12  UNITED STATES,                  )
                                    )
13         Plaintiff,                )
                                    )    ORDER TO UNSEAL
14     v.                            )    ARREST WARRANT
                                    )
15  KWAN YONG CHOI,                 )
                                    )
16         Defendant.                )
    _____)
17
18
19      This Arrest Warrant was sealed by Order of this Court
20  pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.
21      IT IS HEREBY ORDERED that the Arrest Warrant be unsealed and
22  be made public record.
23
24  DATED: _June 7, 2011        /s/ OLIVER W. WANGER
                                United States District Judge
25
26
27
28
```