1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  JEREMY S. KROGER, Bar #258956
3  ANDRAS FARKAS, Bar #254302
   Assistant Federal Defenders
4  Designated Counsel for Service
   2300 Tulare Street, Suite 330
5  Fresno, California  93721-2226
6  Telephone: (559) 487-5561

7  Counsel for Defendant
   KWAN YONG CHOI
8

9
                   IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,           ) Case No.  1:10-cr-00206-AWI
                                         )
13 |         *Plaintiff,*                ) STIPULATION TO SCHEDULE CHANGE OF
                                         ) PLEA; ORDER
14 |     vs.                             )
                                         )
15 | KWAN YONG CHOI,                     ) DATE: February 10, 2014
                                         ) TIME:   10:00 a.m.
16 |                                     ) JUDGE: Hon. Anthony W. Ishii
                                         )
17 |         *Defendant.*                )
                                         )
18

19      **IT IS HEREBY STIPULATED** by and between the parties through their respective

20 counsel, Assistant United States Attorney, Mark Cullers, counsel for plaintiff, and Assistant

21 Federal Defender, Jeremy Kroger, counsel for defendant Kwan Yong Choi, that the motions

22 hearing currently set for February 10, 2014 at 1:00 p.m. before Magistrate Judge Barbara

23 McAuliffe, **may be changed to a Change of Plea Hearing on February 10, 2014 at 10:00 a.m.**

24 **with the Honorable Judge Anthony W. Ishii.**

25      Counsel for defendant, Mr. Choi, requests this change because Mr. Choi has decided to

26 enter a guilty plea to the charges in the Indictment.  The requested continuance will therefore

27 conserve time and resources for counsel and the Court.

28 / / /

The parties agree that time shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  February 4, 2014         /s/ Mark Cullers
Mark Cullers
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 4, 2014         /s/ Jeremy Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
KWAN YONG CHOI

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   February 4, 2014                   _____
SENIOR DISTRICT JUDGE