BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
HEATHER MARDEL JONES
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:10-CR-00206-AWI |
| | ) |
| Plaintiff, | ) PRELIMINARY ORDER OF |
| | ) FORFEITURE |
| v. | ) |
| | ) |
| KWAN YONG CHOI, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Based upon the guilty plea entered by defendant Kwan Yong Choi, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.   Pursuant to 18 U.S.C. § 982(a)(1), the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.   Real Property Located at 6415 N. Harrison Avenue, Fresno County, Fresno, California, APN: 407-751-08, including all appurtenances and improvements thereto.

2.   The above-listed asset constitutes property which was involved in a violation of 18 U.S.C. § 1956(a)(1) and 2, and 18 U.S.C. § 1957, or is property traceable to such property.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.

The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4.    a. Pursuant to 18 U.S.C. § 982(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1), in which all interests will be addressed.

6.    The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of

Preliminary Order of Forfeiture

the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:  April 8, 2014

SENIOR  DISTRICT  JUDGE