HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
KWAN YONG CHOI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:10-cr-00206 AWI-1 |
| *Plaintiff,* | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| vs. | |
| KWAN YONG CHOI, | DATE: July 21, 2014 |
| | TIME:   2:30 p.m. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Heather Jones, counsel for plaintiff, and Assistant Federal Defender, Andras Farkas, counsel for defendant, Kwan Yong Choi, that the sentencing hearing currently set for May 27, 2014 at 10:00 a.m. before Judge Anthony W. Ishii, **may be continued to July 21, 2014 at 2:30 p.m.**

Defense counsel is in the process of obtaining records from Korea as well as conducting other investigation for the sentencing hearing and needs additional time to be fully prepared.

/ / /

/ / /

/ / /

/ / /

BENJAMIN B. WAGNER
United States Attorney

Dated:  May 27, 2014       /s/ Heather Jones
Heather Jones
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  May 27, 2014       /s/ Andras Farkas
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
KWAN YONG CHOI

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   May 28, 2014
SENIOR DISTRICT JUDGE