BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
HEATHER MARDEL JONES
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:10-CR-00206-AWI |
| Plaintiff, | ) ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | ) |
| KWAN YONG CHOI, | ) |
| Defendant. | ) |

Based upon the United States' Application for Forfeiture Money Judgment and the guilty plea entered by defendant Kwan Yong Choi,

IT IS HEREBY ORDERED that

1.   The defendant Kwan Yong Choi shall forfeit to the United States the sum of $2,161,095.00 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2.   Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the implementation of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $2,161,095.00 to satisfy the money judgment in whole or in part.

5. The government, in its discretion, shall conduct discovery, including but not limited to serving Interrogatories, Requests for Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   July 24, 2014

_____
SENIOR DISTRICT JUDGE